```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
EPIFANIO RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 09 CR 268 AWI |
| vs. | |
| | STIPULATION AND |
| EPIFANIO RAMIREZ | ORDER TO ADVANCE SENTENCING |
| Defendant. | |

Defendant EPIFANIO RAMIREZ by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KIMBERLY A. SANCHEZ, Assistant U.S. Attorney, hereby enter into the following stipulation:

The parties to this case jointly request that the August 23, 2010 sentencing date be vacated, and the matter be set for August 2, 2010 at 9:00 am.

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

DATED: July 26, 2010

```
/s/ James R. Homola              /S/ Kimberly A. Sanchez
JAMES R. HOMOLA                  KIMBERLY A. SANCHEZ
Attorney for Defendant           Assistant U.S. Attorney
EPIFANIO RAMIREZ
```

**ORDER**

IT IS SO ORDERED.

Dated:  July 30, 2010  _____
CHIEF UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111