UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>EPIFANIO RAMIREZ,<br><br>    Defendant. | No. 1:09-CR-0268 LJO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

 The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

 Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

 [x] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

 [X] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

 This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated: **January 18, 2017**     /s/ *Barbara A. McAuliffe*
                   UNITED STATES MAGISTRATE JUDGE