PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559)497-4000
Attorneys for the Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00268 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING |
| v. | |
| EPIFANIO RAMIREZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and James R. Homola, attorney for the defendant, that the evidentiary hearing on the defendant's supervised release violation set for February 27, 2017 at 11:00 am before the Honorable Lawrence J. O'Neill, Chief District Court Judge, be continued to March 13, 2017 at 11:00 a.m.  The reason for the request is one of the government's witnesses had surgery and is off until March 3, 2017.

Dated: February 23, 2017

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney
By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: February 23, 2017

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant

IT IS SO ORDERED.

Dated:  **February 23, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Stipulation                                                                                           1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation                                2