# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EPIFANIO RAMIREZ<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:09CR00268-001 LJO**<br><br>James Homola<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  was found in violation of condition(s) of supervision as to charges  1 through 5  after denial of guilt, as alleged in the violation petition filed on 1/12/2017 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | November 16 and 23, 2016, December 15 and 20, 2016 |
| Charge 2 | FAILURE TO REPORT CHANGE OF EMPLOYMENT | November 21, 2016 |
| Charge 3 | FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER | November 28, 2016 |
| Charge 4 | UNLAWFUL POSSESSION OF A FIREARM | January 5, 2017 |
| Charge 5 | UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE | January 5, 2017 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on August 2, 2010, and amended on June 23, 2014.

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Appeal rights given

[✔]  **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| March 13, 2017 |
| Date of Imposition of Sentence |
| |
| /s/ Lawrence J. O'Neill |
| Signature of Judicial Officer |
| |
| **LAWRENCE J. O'NEILL**, United States District Judge |
| Name & Title of Judicial Officer |
| |
| March 16, 2017 |
| Date |

CASE NUMBER:      1:09CR00268-001 LJO                                                    Judgment - Page 2 of 2
DEFENDANT:        EPIFANIO RAMIREZ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 Months.

[**X**]   No TSR: Defendant shall cooperate in the collection of DNA.

[X ]   The court makes the following recommendations to the Bureau of Prisons: Arkansas

[X]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


                                                                UNITED STATES MARSHAL

                                                         By _____
                                                                Deputy U.S. Marshal